# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PADEN EL BEY: TIFFANY,<br><br>  Plaintiff<br><br>v.<br><br>BRIAN DOUBLES, et al.<br><br>  Defendants. | Case No. 2:23-cv-00394-JAD-NJK<br><br>**ORDER TO SHOW CAUSE** |

The Court has a duty to ensure that it has subject matter jurisdiction over the dispute before it, which is an issue it can raise at any time. *See, e.g.*, Fed. R. Civ. P. 12(h)(3).

Plaintiff filed an application to proceed *in forma pauperis* and proposed complaint. Docket Nos. 1, 1-1. Plaintiff submits that this Court has diversity jurisdiction over the dispute. Docket No. 1-1 at 3. Plaintiff fails, however, to allege any facts showing that the amount in controversy or diversity of citizenship requirements are satisfied in this case. *See* Docket No. 1-1; *see also* 28 U.S.C. § 1332.

Plaintiff is hereby **ORDERED** to show cause in writing, by April 21, 2023, why this case should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: March 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1