# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PADEN EL BEY: TIFFANY, | Case No. 2:23-cv-00394-JAD-NJK |
| Plaintiff | **ORDER** |
| v. | |
| BRIAN DOUBLES, et al. | |
| Defendants. | |

Plaintiff filed a billing error notice on the docket.  Docket No. 4.  "Local Rule 7–2 of the Local Rules of Civil Practice permits the filing of a motion, a response, and a reply. A document not allowed by Local Rule 7–2, or otherwise permitted by order of this Court, is a fugitive document and must be stricken from the record."  *Reiger v. Nivens*, No. 3:12-cv-00218-MMD-VPC, 2014 WL 537613, *3 (D. Nev. 2014).  Plaintiff's filing is not a motion, response, or reply. The filing also contains unredacted financial account information and, therefore, fails to comply with the requirements of Federal Rule of Civil Procedure 5.2(a)(4).  *See* Docket No. 4 at 2, 6, 11, 15-18.

Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 4 and return the documents to Plaintiff forthwith.

IT IS SO ORDERED.

Dated: March 21, 2023

Nancy J. Koppe
United States Magistrate Judge