UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Paden el Bey: Tiffany, | Case No.: 2:23-cv-0394-JAD-NJK |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Doubles: Brian D., et al., | [ECF Nos. 1, 6] |
| Defendants | |

The magistrate judge ordered the plaintiff to show cause by April 21, 2023, why this case should not be dismissed for lack of subject-matter jurisdiction.[1] The plaintiff did not respond to that order in any way and has not shown such cause, and the deadline to do so passed without request to extend it. So the magistrate judge now recommends that this case be dismissed without prejudice.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety, and **this case is DISMISSED** without prejudice for lack of subject-matter jurisdiction. The application to proceed *in forma*

---

[1] ECF No. 2.

[2] ECF No. 6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1 | *pauperis* **[ECF No. 1] is DENIED** as moot.  The Clerk of Court is directed to **CLOSE THIS**
2 | **CASE.**

                                          _____
                                          U.S. District Judge Jennifer A. Dorsey
                                          Dated: June 8, 2023